# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0385.  WILLIE D. TURNER et al. v. TY WEAVER.**

The appeal in this case was docketed on September 19, 2024, making Appellants' brief and enumerations of error due on October 9, 2024. See Court of Appeals Rule 23 (a). Appellants were given notice of these facts. See Court of Appeals Rule 13. After Appellants failed to file a brief, this Court issued an order on October 10, 2024, requiring Appellants to file their brief no later than October 21, 2024. After Appellants again failed to file a brief, this Court issued a second order on November 4, 2024, ordering Appellants to file their brief no later than November 14, 2024.

On November 15, 2024, Appellants' counsel, Joseph M. Todd, filed a motion to withdraw as counsel, asserting that he was withdrawing as counsel at Appellants' request and Appellants had consented to his withdrawal. On November 19, 2024, this Court granted the motion to withdraw. On November 25, 2024, this Court issued a third order, requiring Appellants to file a brief no later than December 2, 2024. That order further provided that Appellants' failure to file a brief by December 2 would result in the dismissal of this appeal.

As of this date of this order, Appellants' enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Nothing in this order shall preclude Appellants from filing a timely motion for reconsideration and seeking reinstatement of the appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/05/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*